```
                              FILED
                      CLERK, U.S. DISTRICT COURT

                          MAR 3 1 2010

                      CENTRAL DISTRICT OF CALIFORNIA
                      BY                    DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JANT PRICE,<br><br>    Petitioner,<br><br>    v.<br><br>JIM HALL, WARDEN,<br><br>    Respondent. | Case No. CV 06-03172 JSL (AN)<br><br>ORDER APPROVING AND ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the file, including the Magistrate Judge's Report and Recommendation ("R&R") and Petitioner's Objection thereto, *de novo*. IT IS ORDERED that:

1. Petitioner's Objection is overruled because the Court finds none of the points or authorities refute the findings and conclusions in the R&R.
2. The R&R is approved and adopted.
2. The Clerk is directed to enter Judgment denying the Petition and dismissing this action with prejudice.
3. All outstanding motions are denied as moot and terminated.

///

///

1       IT IS FURTHER ORDERED that the Clerk of the Court shall serve a copy of this
2 Order and the Judgment on all counsel or parties of record.

4 Dated: March 30, 2010

*/s/ Spencer Letts*

J. SPENCER LETTS
SENIOR UNITED STATES DISTRICT JUDGE