UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| JANT PRICE, | ) | Case No. CV 06-03172 JSL (AN) |
|     Petitioner, | ) | |
| v. | ) | JUDGMENT |
| JIM HALL, WARDEN, | ) | |
|     Respondent. | ) | |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the Magistrate Judge's Report and Recommendation.

Dated: March 30, 2010

*Spencer Letts*
J. SPENCER LETTS
SENIOR UNITED STATES DISTRICT JUDGE